KATHLEEN A. MCDONALD
CHAPTER 13 STANDING TRUSTEE
302 East Carson Avenue - Suite 200
Las Vegas, Nevada 89101
(702) 386-5968
Bar Code #mcdok

RECEIVED AND FILED

2003 JAN -7 AM 9: 53

UNITED STATES
BANKRUPTCY COURT
PATRICIA GRAY, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE: GEORGE GOHAGAN )
) BK-S 97-21545 RCJ
) Chapter 13
)
) NOTICE OF UNCLAIMED FUNDS

To: Clerk, United States Bankruptcy Court

From: Kathleen A. McDonald, Chapter 13 Standing Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| DEBTR | GEORGE GOHAGAN
1508 LAS VEGAS BLVD
#401
LAS VEGAS, NV 89101 | | $1722.11 |
| TOTAL | | | $1722.11 |

Date: 12/31/02

Kathleen A. McDonald
Chapter 13 Standing Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000.
Claims that are more than $25.00 go into CAS 613300.
The amounts that are to be deposited into the registry can be written on one check.
mfa

#129382   $1,722.11