FILED AND ENTERED
ON DOCKET

Aug 5  10 38 AM '03

U.S. BANKRUPTCY COURT
PATRICIA GRAY
CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE: )
  GEORGE GOHAGAN ) BK- S 97-21545 RCJ
 )
 )
 ) HEARING DATE:N/A
 ) HEARING TIME:N/A
          DEBTOR ) **ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

UPON the foregoing Motion and in accordance with the provisions of 28 USC 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $1,722.11 constituting an unclaimed dividend is declared due to George Gohagan.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of:

George Gohagan

c/o Keys Research

23630 SE 440th

Enumclaw, WA 98022

DATED:

_____
U.S. Bankruptcy Court Judge