UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE: )
) BK-S 97-21545
)
George Gohagan II ) HEARING DATE:
) HEARING TIME:
)
Debtor ) MOTION TO WITHDRAW MONEYS
) UNDER 28 U.S.C. 2042

LH

Dilks & Knopik, LLC, Applicant, states that there was a dividend check in the amount $1,722.11 in the above-named case issued to George Gohagan II. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CROSS OUT THE PARAGRAPH THAT DOES NOT APPLY:**

1. Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

2. ~~Claimant is not the creditor but is entitled to payment of these moneys because **(Please state the basis for your claim to the moneys)**~~ _____

_____

_____

The creditor did not receive the initial dividend check in the above case for the following reason:

The trustee's Notice of Unclaimed Funds (attached) lists George Gohagan with an address of 1508 Las Vegas Blvd. #401, Las Vegas, NV 89104. That is still the current and correct address for George Gohagan. It is unknown why the initial dividend check was never received or cashed.

(please attach copies of any supporting documentation.*)

Applicant requests the Court to enter an order authorizing payment of the pro rata dividend upon this claim to George Gohagan II c/o Dilks & Knopik, LLC, PO Box 502, Redmond, WA 98073.

Date: 8/24/03

Brian J. Dilks, Partner
Attorney-in-Fact for George Gohagan II
PO Box 502
Redmond, WA 98073-0502
(425) 836-5728

Sworn and subscribed to before
Me this _____ day of _____, 20___.

_____
Caryn M. Knopik, Notary Public
My commission expires July 29, 2006

---

\* (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.

(ii) If claimant is assignee of creditor, attach copy of assignment.

(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.

(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement

(v) Attach other documents showing entitlement should non of the foregoing apply.