Defntc

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

GEORGE GQHAGAN II

BK-S 97-21545 RCJ

Debtor

Hearing Date: N/A
Hearing Time: N/A

## DEFICIENCY NOTICE ON MOTION TO WITHDRAW MONEY UNDER 28 U.S.C 2040

The request for payment of unclaimed dividends that was submitted by Dilks & Knopik, LLC ___ has been found deficient. The documents were received and filed by the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

- [X] $20.00 file search fee.
- [ ] Motion to withdraw moneys.
- [ ] Limited power of attorney or assignment.
- [ ] Affidavit for reimbursement.
- [ ] Affidavit of service to the U.S. Attorney
- [ ] Fee agreement required by local rule 3011
- [ ] Supporting documentation required (see comments)
- [X] Fees have been paid out previously on schedule # 4830000245
- [ ] Other _____

Comments: _____

Unless otherwise noted, the original documentation has been filed and docketed.

If you have any questions, you can contact Linda Heidemann, (702)388-6709 ext 1128.

Date: September 3, 2003

*Linda Heidemann*
Linda Heidemann
Assistant Financial Deputy Clerk

*********************************************************************
### CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to the submitting parties listed above, on 9/3/03 by lh